UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James A.,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:21-cv-702

Judge Michael H. Watson

Magistrate Judge Bowman

### ORDER

On July 28, 2022, Magistrate Judge Bowman issued a Report and Recommendation ("R&R") recommending the Court overrule Plaintiff's Statement of Specific Errors and affirm the Commissioner of Social Security's ("Commissioner") decision in this Social Security appeal. R&R, ECF No. 22. The R&R notified the parties of their right to object to the recommendations contained therein and of the consequences for failing to do so. *Id.* at 16. The deadline for objecting has passed, and no objections were filed.

Accordingly, the Court **ADOPTS** the R&R, **OVERRULES** Plaintiff's Statement of Specific Errors, and **AFFIRMS** the Commissioner's decision. The Clerk shall enter judgment for Defendant and terminate this case.

    IT IS SO ORDERED.

                                                     */s/ Michael H. Watson*
                                                  MICHAEL H. WATSON, JUDGE
                                                  UNITED STATES DISTRICT COURT